HARRIS CHRISTIAN NAGEL, Respondent, *v.* ALBERT A. ADLER and ROSA ADLER, Appellants.

APPEAL from judgment in favor of plaintiff.

*Philip J. Britt,* for appellants.

*Charles L. Hubbell,* for respondent.

McCARTHY, J.   This trial involved a question of fact which was fairly submitted under proper instructions.

The jury having found on the facts against the defendants and on conflicting evidence we see no reason to disturb the same.

Judgment is, therefore, affirmed, with costs.

EHRLICH, Ch. J., and VAN WYCK, J., concur.

Judgment affirmed, with costs.